IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

MICHAEL THORNE,                         )
                                        )
            Plaintiff,                  )
                                        )     Civil Action
vs.                                     )
                                        )     No. 00-0913-CV-W-6
SPRINT/UNITED MANAGEMENT                )
COMPANY, et al.,                        )
                                        )
            Defendants.                 )

## JUDGMENT IN A CIVIL CASE

This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdicts.

**IT IS ORDERED AND ADJUDGED** that on plaintiff's claim of hostile work environment harrassment based on sex as submitted in Instruction F, judgment is entered in favor of defendant Sprint United Management.

**IT IS FURTHER ORDERED AND ADJUDGED** that on plaintiff's claim of retaliation as submitted in Instruction L, judgment is entered in favor of plaintiff Michael Thorne. Judgment is entered against defendant Sprint United Management and for plaintiff in the following amounts: $2,850.00 for bonus losses; $100,000.00 for any emotional pain and sufferering not already awarded for Claim 1; and punitive damages as submitted in Instruction O in the amount of $1,100,000.00.

PATRICIA L. BRUNE, CLERK


By /s/Tenilla Sheehan
                                                          Deputy Clerk

April 1, 2002