IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

MICHAEL THORNE,            )
                           )
            Plaintiff,     )
                           )     Civil Action
vs.                        )
                           )     No. 00-0913-CV-W-6
SPRINT/UNITED MANAGEMENT   )
COMPANY, et al.,           )
                           )
            Defendants.    )

**<u>VERDICT</u>**

# VERDICT

In this verdict form you must complete each section for the two claims asserted by the plaintiff under Instruction __E__. After completing all two sections, the last page of this verdict form should be signed and dated by your foreperson.

## CLAIM No. 1:

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On plaintiff's claim of hostile work environment harassment based on sex as submitted in Instruction __F__, we find in favor of:

_____     *Sprint United Management* (handwritten)
      Michael Thorne    or    Sprint United Management

**Note:** Complete the following paragraphs only if the above finding is in favor of plaintiff. If the above finding is in favor of the defendant, you have completed your deliberations on this claim and you should proceed to CLAIM No. 2 on the next page.

We find plaintiff's damages for emotional pain and suffering, to be:

$_____ (stating the amount or if you find that plaintiff's damages do not have monetary value, write in the nominal amount of One Dollar ($1.00)).

*03:55 p.m.*
*03/29/2002*

## CLAIM No. 2:

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On plaintiff's claim of retaliation as submitted in Instruction __L__, we find in favor of:

_____ Michael Thorne _____
 Michael Thorne   or   Sprint United Management

**Note:** Complete the following paragraphs only if the above finding is in favor of plaintiff. If the above finding is in favor of the defendant, you have completed your deliberations on this claim.

We find plaintiff's damages to be:

(1) For any bonus losses $ __2,850.00__ (stating the amount or if you find that plaintiff's damages do not have monetary value, write in the nominal amount of One Dollar ($1.00)).

(2) For any emotional pain or suffering not already awarded for Claim No. 1 $ __100,000.00__

We assess punitive damages against the defendant, as submitted in Instruction __O__ as follows:

$ __6.1 million__ (stating the amount or, if none, write the word none).

**Note:** After you have completed your deliberations on all two claims as instructed, have your foreperson sign and date this form because you have completed your deliberations.

__3-29-02__
Date

__Richard L. Workman__
Foreperson